**UNITED STATED DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FOB ACCESSORIES, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.:** |
| | : | CA 07 294 |
| **GIGI ACCESSORIES WHOLESALERS, INC.** | : | |
| | : | |

**COMPLAINT**
**COUNT I**

1. Plaintiff is a corporation duly organized under the laws of the State of New Jersey, having its principal place of Business located in the City of Penngington, State of New Jersey.

2. Defendant is a corporation duly organized of the laws of the State of California and has a place of business located within the City of Warwick, County of Kent, State of Rhode Island.

3. Defendant herein is indebted to Plaintiff for goods sold and delivered to them in the sum of One Hundred Fifteen Thousand, Five Hundred Eighty Eight and 46/100 ($115,588.46) Dollars.

4. Despite demands made upon the Defendant, no payments have been forthcoming, which are now due and owing at this time.

WHEREFORE, Plaintiff demands Judgment against the Defendant in the sum of One Hundred Fifteen Thousand, Five Hundred Eighty Eight and 46/100 ($115,588.46) Dollars plus interest and costs and a reasonable attorney's fee.

**COUNT II**

5. Plaintiff incorporates Paragraphs 1-4 of Count I of Plaintiff's complaint.

6. Defendant is indebted to Plaintiff in the sum of One Hundred Fifteen Thousand, Five Hundred Eighty Eight and 46/100 ($115,588.46) Dollars based upon an open book account.

7. That despite demands made upon the Defendant, no funds have been forthcoming.

WHEREFORE, Plaintiff demands Judgment against the Defendant in the sum of One Hundred Fifteen Thousand, Five Hundred Eighty Eight and 46/100 ($115,588.46) Dollars plus interest and costs and a reasonable attorney's fee.

FOB ACCESSORIES, INC.
By its Attorney,

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

Rc docs/comp-gigi

| Date | Invoice Number | Check Number | Debit Memo Number | Amount | Balance | Comments |
|---|---|---|---|---|---|---|
| 26-May | | Wire | | $ (20,877.15) | $ (20,877.15) | |
| 16-Jun | | Wire | | $ (9,500.00) | $ (30,377.15) | |
| 23-Jun | | Wire | | $ (3,707.46) | $ (34,084.61) | |
| 26-Jun | 1295 | | | $ 38,957.50 | $ 4,872.89 | |
| 5-Jul | | | 70506 | $ 2,000.00 | $ 6,872.89 | Incorrect Ticketing **(part of $35,000 harge back)** |
| 21-Jul | | Wire | | $ (10,000.00) | $ (3,127.11) | |
| 21-Jul | 1338 | | | $ 30,633.00 | $ 27,505.89 | |
| 21-Jul | | | 1338 | $ (241.00) | $ 27,264.89 | Invoice added wrong |
| 1-Aug | 1351 | | | $ 4,476.15 | $ 31,741.04 | |
| 1-Aug | 1352 | | | $ 3,379.95 | $ 35,120.99 | |
| 1-Aug | 1353 | | | $ 3,479.70 | $ 38,600.69 | |
| 2-Aug | | Wire | | $ (10,000.00) | $ 28,600.69 | |
| 7-Aug | 1369 | | | $ 1,022.40 | $ 29,623.09 | |
| 7-Aug | 1370 | | | $ 624.00 | $ 30,247.09 | |
| 7-Aug | | | 1370 | $ (312.00) | $ 29,935.09 | Wrong Price Charged |
| 7-Aug | 1371 | | | $ 1,620.00 | $ 31,555.09 | |
| 7-Aug | 1372 | | | $ 1,620.00 | $ 33,175.09 | |
| 7-Aug | 1373 | | | $ 1,728.00 | $ 34,903.09 | |
| 7-Aug | 1374 | | | $ 825.00 | $ 35,728.09 | |
| 7-Aug | 1375 | | | $ 1,532.25 | $ 37,260.34 | |
| 7-Aug | 1376 | | | $ 928.00 | $ 38,188.34 | |
| 16-Aug | 1391 | | | $ 2,010.00 | $ 40,198.34 | |
| 17-Aug | | 25499 | | $ (27,270.25) | $ 12,928.09 | Check Payment to EGC |
| 21-Aug | 1394 | | | $ 31,722.00 | $ 44,650.09 | |
| 21-Aug | | | 1394 | $ (250.00) | $ 44,400.09 | Invoice added wrong |
| 24-Aug | 1409 | | | $ 9,915.05 | $ 54,315.14 | |
| 24-Aug | 1408 | | | $ 22,341.20 | $ 76,656.34 | |
| 28-Aug | 1411 | | | $ 1,670.25 | $ 78,326.59 | |
| 28-Aug | 1410 | | | $ 20,880.00 | $ 99,206.59 | |
| 6-Sep | | | 90606 | $ 1,880.00 | $ 101,086.59 | Carding problem **(part of $35,000 harge back)** |
| 7-Sep | 1424 | | | $ 1,612.50 | $ 102,699.09 | |
| 7-Sep | 1425 | | | $ 1,209.60 | $ 103,908.69 | |
| 19-Sep | | | 91906 | $ 3,090.00 | $ 106,998.69 | Style 23759, never shipped |
| 21-Sep | | 25662 | | $ (19,274.40) | $ 87,724.29 | Check Payment to EGC |
| 28-Sep | | Wire | | $ (19,135.19) | $ 68,589.10 | |
| 5-Oct | | 25720 | | $ (7,935.05) | $ 60,654.05 | Check Payment to EGC |
| 13-Oct | | 25767 | | $ (6,617.75) | $ 54,036.30 | Check Payment to EGC |
| 17-Oct | | Wire | | $ (8,970.98) | $ 45,065.32 | |
| 20-Oct | | 25812 | | $ (23,437.40) | $ 21,627.92 | Check Payment to EGC |
| 23-Oct | 1487 | | | $ 12,387.20 | $ 34,015.12 | |
| 23-Oct | 1488 | | | $ 11,430.55 | $ 45,445.67 | |
| 23-Oct | | | 1488 | $ (188.03) | $ 45,257.64 | Short Shipped |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23-Oct | 1489 | | | $ | 12,011.50 | $ | 57,269.14 | |
| 23-Oct | | | 1489 | $ | (326.75) | $ | 56,942.39 | Short Shipped |
| 23-Oct | 1490 | | | $ | 1,064.00 | $ | 58,006.39 | |
| 23-Oct | | | 1490 | $ | (45.60) | $ | 57,960.79 | Wrong Price Charged |
| 23-Oct | 1491 | | | $ | 1,098.00 | $ | 59,058.79 | |
| 23-Oct | 1492 | | | $ | 2,641.14 | $ | 61,699.93 | |
| 23-Oct | 1493 | | | $ | 3,465.00 | $ | 65,164.93 | |
| 23-Oct | 1494 | | | $ | 1,800.00 | $ | 66,964.93 | |
| 23-Oct | 1495 | | | $ | 2,034.00 | $ | 68,998.93 | |
| 23-Oct | 1496 | | | $ | 5,067.00 | $ | 74,065.93 | |
| 25-Oct | 1503 | | | $ | 1,205.00 | $ | 75,270.93 | |
| 25-Oct | | | 1503 | $ | (32.50) | $ | 75,238.43 | Short Shipped |
| 25-Oct | 1504 | | | $ | 9,170.00 | $ | 84,408.43 | |
| 25-Oct | | | 1504 | $ | (282.00) | $ | 84,126.43 | Wrong Price Charged |
| 3-Nov | | 25888 | | $ | (20,699.37) | $ | 63,427.06 | Check Payment to EGC |
| 6-Nov | 1516 | | | $ | 971.52 | $ | 64,398.58 | |
| 6-Nov | 1517 | | | $ | 4,820.94 | $ | 69,219.52 | |
| 6-Nov | 1518 | | | $ | 602.40 | $ | 69,821.92 | |
| 6-Nov | 1519 | | | $ | 1,614.00 | $ | 71,435.92 | |
| 6-Nov | 1520 | | | $ | 1,258.20 | $ | 72,694.12 | |
| 6-Nov | 1521 | | | $ | 933.72 | $ | 73,627.84 | |
| 6-Nov | 1522 | | | $ | 2,313.90 | $ | 75,941.74 | |
| 9-Nov | 1531 | | | $ | 846.00 | $ | 76,787.74 | |
| 13-Nov | | 25936 | | $ | (15,785.17) | $ | 61,002.57 | Check Payment to EGC |
| 13-Nov | 1534 | | | $ | 3,482.08 | $ | 64,484.65 | |
| 13-Nov | 1535 | | | $ | 12,858.80 | $ | 77,343.45 | |
| 13-Nov | | | 1535 | $ | 5,520.40 | $ | 82,863.85 | Shipped Short & Wrong Price Charged |
| 14-Nov | | | 111406A | $ | 3,838.71 | $ | 86,702.56 | Late Shipment - UPS Charges **(part of $35,000 harge back)** |
| 14-Nov | | | 111406B | $ | 3,200.98 | $ | 89,903.54 | Late Shipment - UPS Charges **(part of $35,000 harge back)** |
| 14-Nov | | | 111406C | $ | 545.80 | $ | 90,449.34 | Late Shipment - UPS Charges **(part of $35,000 harge back)** |
| 14-Nov | | Wire | | $ | (23,847.26) | $ | 66,602.08 | |
| 16-Nov | | | 347137 | $ | 259.65 | $ | 66,861.73 | Carding Charge - PO #3542 & #3550 **(part of $35,000 harge back)** |
| 20-Nov | 1549 | | | $ | 174.00 | $ | 67,035.73 | |
| 20-Nov | 1550 | | | $ | 566.40 | $ | 67,602.13 | |
| 20-Nov | 1551 | | | $ | 3,463.18 | $ | 71,065.31 | |
| 20-Nov | 1552 | | | $ | 835.20 | $ | 71,900.51 | |
| 21-Nov | | | Warehouse | $ | 566.50 | $ | 72,467.01 | Overtime Paid due to late shipments **(part of $35,000 harge back)** |
| 21-Nov | 1555 | | | $ | 1,530.00 | $ | 73,997.01 | |
| 27-Nov | 1559 | | | $ | 174.00 | $ | 74,171.01 | |
| 27-Nov | 1562 | | | $ | 619.20 | $ | 74,790.21 | |
| 28-Nov | 1567 | | | $ | 264.00 | $ | 75,054.21 | |
| 29-Nov | | | Fedex | $ | 610.40 | $ | 75,664.61 | Shipped via Fedex to Rhode Island **(part of $35,000 harge back)** |
| 5-Dec | 1574 | | | $ | 1,120.00 | $ | 76,784.61 | |
| 5-Dec | 1575 | | | $ | 7,884.84 | $ | 84,669.45 | |
| 5-Dec | | | 1575 | $ | (175.68) | $ | 84,493.77 | Short Shipped |
| 5-Dec | 1576 | | | $ | 1,914.00 | $ | 86,407.77 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5-Dec | 1577 | | | $ | 240.00 | $ | 86,647.77 | |
| 5-Dec | 1578 | | | $ | 288.00 | $ | 86,935.77 | |
| 5-Dec | 1579 | | | $ | 338.40 | $ | 87,274.17 | |
| 5-Dec | 1580 | | | $ | 345.60 | $ | 87,619.77 | |
| 5-Dec | 1581 | | | $ | 606.96 | $ | 88,226.73 | |
| 5-Dec | 1582 | | | $ | 336.00 | $ | 88,562.73 | |
| 5-Dec | 1583 | | | $ | 198.00 | $ | 88,760.73 | |
| 6-Dec | | | Warehouse | $ | 57.60 | $ | 88,818.33 | Corrected Ticketing Problem **(part of $35,000 harge back)** |
| 9-Dec | | | Ups | $ | 2,599.36 | $ | 91,417.69 | Late Shipment sent Next Day to Customer **(part of $35,000 harge back)** |
| 15-Dec | | 26109 | | $ | (10,646.51) | $ | 80,771.18 | Check Payment to EGC |
| **15-Dec** | | **Wire** | | **$** | **(6,679.52)** | **$** | **74,091.66** | **NON EGC INVOICE 30% payment** |
| 18-Dec | 1599 | | | $ | 168.00 | $ | 74,259.66 | |
| 18-Dec | 1600 | | | $ | 8,175.16 | $ | 82,434.82 | |
| 18-Dec | | | 1600 | $ | 1,754.40 | $ | 84,189.22 | Shipped Past Cancel - Sending Back aaproved to ship and never received back) |
| 18-Dec | 1601 | | | $ | 5,619.20 | $ | 89,808.42 | |
| 21-Dec | 1602 | | | $ | 5,548.10 | $ | 95,356.52 | |
| 21-Dec | | | 1602 | $ | 3,380.00 | $ | 98,736.52 | Mold Charges Not Approved (approved by Rudy Kuhn See attached) |
| 21-Dec | 1603 | | | $ | 8,272.30 | $ | 107,008.82 | |
| 21-Dec | 1604 | | | $ | 987.36 | $ | 107,996.18 | |
| **22-Dec** | | **Wire** | | **$** | **(6,679.52)** | **$** | **101,316.66** | **NON EGC INVOICE 30% payment** |
| 2-Jan | 1607 | | | $ | 21,821.31 | $ | 123,137.97 | |
| 2-Jan | | | 1607 | $ | 364.00 | $ | 123,501.97 | Corrected Ticketing Problem **(part of $35,000 harge back)** |
| 2-Jan | 1608 | | | $ | 741.00 | $ | 124,242.97 | |
| 11-Jan | | 26263 | | $ | (27,867.45) | $ | 96,375.52 | Check Payment to EGC |
| **11-Jan** | | **Wire** | | **$** | **(3,503.06)** | **$** | **92,872.46** | **NON EGC INVOICE 30% payment** |
| 12-Jan | | | 135290 | $ | 1,565.53 | $ | 94,437.99 | Shipped Ups - Wrong Carrier **(part of $35,000 harge back)** |
| 25-Jan | | 26338 | | $ | (6,948.00) | $ | 87,489.99 | Check Payment to EGC |
| 7-Feb | | | | $ | (35,000.00) | $ | 52,489.99 | Settlement Credit see attached Rudy Khun e-mail |
| 7-Jan | F07012 | | | $ | 225.00 | $ | 52,714.99 | FOB Direct (non EGC) |
| 20-Jan | 7013 | | | $ | 4,786.00 | $ | 57,500.99 | FOB Direct (non EGC) |
| 20-Jan | F07014 | | | $ | 1,543.50 | $ | 59,044.49 | FOB Direct (non EGC) |
| 1-Feb | F07020 | | | $ | 599.04 | $ | 59,643.53 | FOB Direct (non EGC) |
| 30-Jan | 00574/3585 | | | $ | 960.00 | $ | 60,603.53 | FOB Direct (non EGC) |
| 2-Feb | 00574/3585 | | | $ | 2,937.60 | $ | 63,541.13 | FOB Direct (non EGC) |
| **19-Jan** | | **Wire** | | **$** | **(16,067.39)** | **$** | **47,473.74** | **NON EGC INVOICE 30% payment** |
| **19-Jan** | | **Wire** | | **$** | **(7,196.73)** | **$** | **40,277.01** | **NON EGC INVOICE 30% payment** |
| 12-Jan | 7001 | | | $ | 2,307.76 | $ | 65,848.89 | FOB Direct (non EGC) |
| 11-Jan | 00585/3592 | | | $ | 2,937.60 | $ | 68,786.49 | FOB Direct (non EGC) |
| 2-Feb | F07023 | | | $ | 904.80 | $ | 69,691.29 | FOB Direct (non EGC) |
| 7-Feb | F07026 | | | $ | 334.08 | $ | 70,025.37 | FOB Direct (non EGC) |
| 12-Feb | 7031 | | | $ | 17,014.38 | $ | 87,039.75 | FOB Direct (non EGC) |
| 12-Feb | 7032 | | | $ | 1,170.60 | $ | 88,210.35 | FOB Direct (non EGC) |
| 12-Feb | F07042 | | | $ | 92.40 | $ | 88,302.75 | FOB Direct (non EGC) |
| 12-Feb | 21207-1 | | | $ | 3,944.00 | $ | 92,246.75 | FOB Direct (non EGC) |
| 30-Mar | Finance Charges | | | $ | 11,623.73 | $ | 103,870.48 | $72,648.29 x 4%/month = $11,623.73 |
| 8-Jan | GG07001 | | | $ | 1,383.22 | $ | 105,253.70 | Qingdao Drianna Fashion CO., LTD Direct (non EGC) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-Jan | GG07002 | $ | 5,168.76 | $ | 110,422.46 | Qingdao Drianna Fashion CO., LTD Direct (non EGC) |
| 7-Feb | GG07003 | $ | 5,166.00 | $ | 115,588.46 | Qingdao Drianna Fashion CO., LTD Direct (non EGC) |