AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

FOB ACCESSORIES, INC

V.

Gi Gi Accessories Wholesalers, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 294 ML

TO: (Name and address of Defendant)

Gi Gi accessories wholesalers, Inc.
45 Commerce Drive
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc D. Wallick, Esq
51 Jefferson Blvd
Warwick RI 02888

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

8-7-07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/15/07 |
|---|---|
| NAME OF SERVER (PRINT) Carlos [illegible] | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): c/o B/A Mr. Anthony Marino, 45 Commerce Park, Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/15/07
Date

10:45 AM

[signature]
Signature of Server

P.O. Box 5764 Prov RI
Address of Server

[signature]
Anthony Marino
Warehouse Manager

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.