**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FOB ACCESSORIES, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 2007-294** |
| | : | |
| **GIGI ACCESSORIES WHOLESALERS, INC.** | : | |

**ANSWER**
**COUNT I**

1. The Defendant neither admits nor denies the allegations contained in Paragraph 1 of the Complaint, but leaves Plaintiff to its proof.
2. The Defendant admits that it has a warehouse in Rhode Island.
3. The Defendant denies the allegations contained in Paragraph 3 of the Complaint.
4. The Defendant denies the allegations contained in Paragraph 4 of the Complaint.

**COUNT II**

5. The Defendant incorporates by reference its answers above.
6. The Defendant denies the allegations contained in Paragraph 6 of the Complaint.
7. The Defendant denies the allegations contained in Paragraph 7 of the Complaint.

**AFFIRMATIVE DEFENSES**

First Defense

The Defendant asserts that because of the Plaintiff's own actions, the Plaintiff is estopped from asserting the claims contained in the Complaint based upon the "clean hands doctrine".

Second Defense

The Defendant pleads the doctrines of recoupment and offset.

Third Defense

The Plaintiff by its conduct has waived the claims contained in the Complaint.

GIGI ACCESSORIES
WHOLESALERS, INC.,
By its attorney,

/s/ Joshua Teverow
Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

**CERTIFICATION**

I hereby certify that I served the foregoing Answer electronically on the 25th day of September, 2007 to Marc D. Wallick, Esquire (wallicklaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA.

/s/ Joshua Teverow