**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FOB ACCESSORIES, INC.

VS. C.A. NO: 2007-294

GIGI ACCESSORIES WHOLESALERS, INC.

**MOTION TO COMPEL**

Now comes the Plaintiff in the above-entitled matter and hereby moves this Honorable Court for an Order compelling the Defendant to answer pursuant to Plaintiff's interrogatories To Defendant propounded upon Defendant on October 29, 2007.

WHEREFORE, Plaintiff moves that a 30-day Order enter compelling Defendant to answer interrogatories.

FOB ACCESSORIES, INC.
By its Attorney,

/s/ Marc D. Wallick________________________
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, Rhode Island 02888
(401) 461-0100

**CERTIFICATION**

I, hereby certify that a true copy of the within Motion to Compel was electronically sent to Joshua Teverow, Esq. (teverowlaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA, on January 2, 2008.

/s/ Dawn McCormick_____________________

*CMP*