**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FOB ACCESSORIES, INC.

VS. C.A. NO: 2007-294

GIGI ACCESSORIES WHOLESALERS, INC.

**PLAINTIFF'S WITHDRAWAL OF ITS MOTION TO COMPEL**

Now comes the Plaintiff in the above-entitled matter and based upon Defendant's compliance with Plaintiff's request for discovery received this date, Plaintiff hereby withdraws its Motion to Compel.

WHEREFORE, Plaintiff moves that its Motion to Compel be withdrawn.

FOB ACCESSORIES, INC.
By its Attorney,

/s/ Marc D. Wallick_______________________

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, Rhode Island 02888
(401) 461-0100

**CERTIFICATION**

I, hereby certify that a true copy of the within Withdrawal was electronically sent to Joshua Teverow, Esq. (teverowlaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA, on January 11, 2008.

/s/ Dawn McCormick______________________

dm c:\docs\withdraw-cmp-gigi