**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FOB ACCESSORIES, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 2007-294** |
| | : | |
| **GIGI ACCESSORIES WHOLESALERS, INC.** | : | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes the undersigned, and hereby requests permission from the Court to withdraw as counsel for the Defendant in the above-entitled matter. Since this case is in its early stages, and since Discovery remains open for a number of months, there will be no hardship to the Defendant in retaining new counsel.

/s/ Joshua Teverow
Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

Dated: February 7, 2008

## CERTIFICATION

I hereby certify that I served the foregoing Motion to Withdraw as Counsel electronically on the 7th day of February, 2008, to Marc D. Wallick, Esquire (wallicklaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA.

/s/ Joshua Teverow