**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FOB ACCESSORIES, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 2007-294** |
| | : | |
| **GIGI ACCESSORIES WHOLESALERS, INC.** | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL**

Defendant's counsel has filed a Motion to Withdraw as Counsel for the Defendant. The Motion is based upon the mutual agreement of the undersigned counsel and the Defendant that the Defendant retain replacement counsel. The Defendant has been provided with the Motion, and has indicated that the Defendant is in the process of locating and retaining replacement counsel. This case is in its early stages of discovery, and the replacement of counsel for the Defendant should not interfere with the orderly progression of this case in the usual course. Motions for withdrawal of counsel are routinely granted by this Court when a replacement of counsel is agreed upon by a party and its counsel, especially when the relevant litigation is in the early stages of discovery, and when the replacement of counsel for the Defendant should not interfere with the orderly progression of this case in the usual course.

/s/ Joshua Teverow

Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

Dated: February 7, 2008

# CERTIFICATION

I hereby certify that I served the foregoing Memorandum in Support of Motion to Withdraw as Counsel electronically on the 6th day of February, 2008, to Marc D. Wallick, Esquire (wallicklaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA.

/s/ Joshua Teverow