**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FOB ACCESSORIES, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 2007-294** |
| | : | |
| **GIGI ACCESSORIES** | : | |
| **WHOLESALERS, INC.** | : | |

**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

The undersigned hereby certifies as follows:

1. Since the Defendant is a corporation, no affidavit of military service is required.

2. The Defendant has been notified of the Motion by both regular mail, postage prepaid, and by certified mail, return receipt requested.

3. The Defendant has been advised that it may object to the Motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in this case.

4. The Defendant's current address is 175 East Olive Avenue, Suite 306, Burbank, California 91502, and the undersigned has made a reasonable effort to confirm that notices sent to that address are likely to be received by the Defendant.

5. There are no motions or other matters pending in the case, and a trial date has not been set.

/s/ Joshua Teverow
Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

Dated: February 7, 2008

**CERTIFICATION**

I hereby certify that I served the foregoing Certification in Support of Motion to Withdraw as Counsel electronically on the 7th day of February, 2008, to Marc D. Wallick, Esquire (wallicklaw@aol.com) who is a registered participant identified on the Mailing Information for Case No. 1:07-cv-00294-ML-LDA.

/s/ Joshua Teverow