UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOB ACCESSORIES, INC.

v. CA 07-294 ML

GIGI ACCESSORIES
WHOLESALERS, INC.

ORDER

This matter is before the Court on Defendant's counsel's Motion to Withdraw. Neither Defendant nor Plaintiff have objected. The Motion is granted. Defendant is to secure successor counsel and have successor counsel enter an appearance within thirty (30) days of the date of this order.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 4 , 2008