UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FOB ACCESSORIES, INC.

V. C.A. 07-294ML

GIGI ACCESSORIES WHOLESALERS, INC.

ORDER

On March 4, 2008, an Order was issued granting the Motion to Withdraw of defendant's counsel and instructing defendant to obtain successor counsel within thirty (30) days of the date of the order. To date, the defendant has not obtained successor counsel.

It is now ORDERED that this action will be dismissed as to the above-named defendant without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv. 41.

SO ORDERED

Mary M. Lisi

Mary M. Lisi
Chief U.S. District Judge
April 29 ,2008

Entered as an Order of this Court on April 29 , 2008.

Barbara Barletta

Deputy Clerk