**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FOB ACCESSORIES, INC.**

**VS.** **C.A. NO.: 07-294ML**

**GIGI ACCESSORIES WHOLESALERS, INC.**

**MOTION FOR RECONSIDERATION**

Now comes the Plaintiff in the above-entitled matter and hereby requests this Court to reconsider the recent Order entered dismissing this matter without prejudice. The Order was entered based upon Plaintiff's lack of compliance with a show cause order, which Plaintiff contends it did not receive.

WHEREFORE, Plaintiff moves for a reconsideration on the Order, as entered, at this time. This Motion is supported by a Memorandum attached hereto.

FOB ACCESSORIES, INC.
By its Attorney,

/s/ Marc D. Wallick
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

dm c:\docs\mt-reconsider-gigi