**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FOB ACCESSORIES, INC.**

**VS.** **C.A. NO.: 07-294ML**

**GIGI ACCESSORIES WHOLESALERS, INC.**

# MEMORANDUM

The Court recently entered an Order on May 19, 2008 dismissing the above-referenced matter without prejudice based upon the Plaintiff's lack of compliance to a show cause order that appears to have been sent on or about April 29, 2008. It is the Plaintiff's contention that either through error, mistake or computer glitch, Plaintiff's counsel did not receive the initial show cause order, as referenced in the dismissal order entered by this Court, which resulted in the lack of compliance, as noted. Assuming Plaintiff's counsel had received the Order, Plaintiff's response would be to update the Court as to the status of this situation in that the Defendant still has not retained legal counsel to date; however, Plaintiff's counsel did hear from an attorney in California near the beginning of April in an attempt to bring settlement to this case. The parties had discussed a resolve, which was communicated to Plaintiff's client.

What then complicates this matter was that Plaintiff's counsel subsequently learned that the Plaintiff in fact filed Chapter 7 in the United States Bankruptcy Court for the District of New Jersey sometime in mid March and counsel was never advised. Plaintiff's counsel has, during the last month, been communicating to both the Chapter 7 Trustee as well as the Plaintiff's secured creditor on this debt to ascertain who owns the Plaintiff's lawsuit.

It is counsel's understanding that the Plaintiff's receivables were fully secured to a third party and as such, the Trustee, in all likelihood, will abandon her claim to the receivables, which will allow the Plaintiff in this case to proceed forward unhampered by the bankruptcy filing since the receivable will now be owned by the Plaintiff's secured creditor. Plaintiff's counsel is attempting to determine who the rightful owner of this claim is for the purpose of obtaining authority for settlement purposes. Unfortunately, this has been a drawn out process, which has only caused delay for Plaintiff's counsel in this case to determine what authority he actually has for the purposes of settling this matter with Defendant's California attorney to date.

Clearly, had Plaintiff's counsel received the show cause notice in a timely manner, there is no reason for a delay in updating the Court and as such Plaintiff is requesting that the Court reconsider the recent dismissal for the benefit of all parties and vacate the Order to allow the case to continue forward under the original discovery order entered by the Court earlier this year.

Respectfully submitted,

FOB ACCESSORIES, INC.
By its Attorney,

/s/ Marc D. Wallick
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

dm c:\docs\mt-reconsider-memo-gigi