UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOB ACCESSORIES, INC.

v. CA 07-294 ML

GIGI ACCESSORIES WHOLESALERS, INC.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration of the order entered by the Court on May 19, 2008 dismissing the matter without prejudice for Plaintiff's failure to respond to an order to show cause (docket entry #13). Plaintiff's counsel claims he did not receive the order to show cause, however, the Notice of Electronic Filing for April 29, 2008 shows that notice was electronically mailed to Plaintiff's counsel on that date. The Court, therefore, denies Plaintiff's request to vacate the order dismissing the case without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 28, 2008